UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ALLEN DALE BROWN, CHRISTINE BROWN, RANDAL ALTON RAUSH, and ALETHEA COURET RAUSH, as owners of the Motor Vessel, an approximately 22-Foot Seaswirl, Model Bowrider, built in 2002, with a model year 2003, Vessel Hull Identification Number GSSYA006H203, California Department of Motor Vehicle's Vessel Certificate Number CF5192PY, and her engines, tenders, tackle, equipment, appurtenances, etc., for Exoneration from or Limitation of Liability. | Case No.: 19-CV-1739-CAB-KSC<br><br>**ORDER RE EX PARTE APPLICATIONS**<br><br>[Doc. Nos. 2, 3] |

Upon consideration of Plaintiffs in Limitation's application for approval and stipulation of value and costs and letter of undertaking [Doc. No. 2], and application for entry of injunction and monition [Doc. No. 3], the record as a whole, and a hearing at which counsel for Plaintiffs in Limitation appeared, it is hereby **ORDERED** as follows:

1. The Application for Approval of Stipulation of Value and Costs and Letter of Undertaking [Doc. No. 2] is **GRANTED** insofar as it seeks an order that the letter of undertaking from Geico attached to the application satisfies the requirements of Supplemental Admiralty Rule F(1)(a), and **DENIED** insofar as it seeks an order approving $31,000.00 as being the value of the SEASWIRL or an order

1. limiting a cost award against Plaintiffs in Limitation to $500.00. This ruling is without prejudice to the due appraisal of Plaintiffs in Limitations' interest in the SEASWIRL and any claimant's demand the deposit or security be increased in accordance with Supplemental Admiralty Rule F(7);

2. The Clerk of Court shall accept from Plaintiffs in Limitation the undertaking from Geico attached to the application [Doc. No. 2 at 6-7] along with a deposit of $500.00 as security for costs under Civil Local Rule F.1;

3. The Application for Entry of Injunction and Monition [Doc. No. 3] is **GRANTED**;

4. Pursuant to Supplemental Admiralty Rule F(3), all claims and proceedings against the Plaintiffs in Limitation or the SEASWIRL with respect to the July 7, 2018, incident described in the Complaint shall cease;

5. Pursuant to Supplemental Admiralty Rule F(4), Plaintiffs in Limitation are **ORDERED** to: (1) publish the notice attached hereto as Exhibit 1 once a week for four successive weeks beginning on **January 6, 2020**, in *The San Diego Union-Tribune*; and (2) no later than **January 6, 2020**, *serve* this notice on any persons or entities believed by Plaintiffs in Limitation to have a potential claim arising out of the July 7, 2018 incident described in the complaint, including, without limitation, (i) Seaforth Boat Rental, (ii) the Port of San Diego, (iii) the City of San Diego, (iv) the City of Coronado, and (v) the County of San Diego; and,

6. A status hearing is set for **February 21, 2020** at **3:00 p.m.**

It is **SO ORDERED**.

Dated: December 13, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge